UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re ) | Chapter 7, No. 20-50962-JAM |
| BRIAN C. HURLEY ) | |
| Debtor ) | |

## ASSENTED TO MOTION TO EXTEND TIME TO OBJECT
## TO DEBTOR'S DISCHARGE

To the HONORABLE JULIE A. MANNING, Chief Bankruptcy Judge:

Now comes George I. Roumeliotis, the duly appointed, qualified and acting Trustee in the above-captioned proceedings ("Trustee"), and moves this Honorable Court for an Order extending the time for objecting to the Debtor's discharge. In support of this Motion, the Trustee respectfully represents as follows:

1. On November 19, 2020, the above-named Debtor filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code, after which the undersigned was appointed as Chapter 7 Trustee for the above-entitled estate.

2. The deadline for objecting to the Debtor's discharge is currently February 19, 2021. The Trustee has requested some financial information (certain past tax returns and retirement account statements) that the Debtor has not yet provided.

3. Until the Trustee receives all the requested information, and otherwise concludes his investigation of the Debtor's financial affairs, he believes it would not be appropriate for the Debtor to receive his discharge.

4. Accordingly, the Trustee respectfully requests that the deadline for objecting to the Debtor's discharge be extended to April 20, 2021, and that it apply to the Chapter 7 Trustee and the Office of the U.S. Trustee.

5. As indicated below, the Debtor, through his counsel, assents to the requested relief.

WHEREFORE, the Trustee respectfully requests that the date for objecting to the discharge of the Debtor be extended to April 20, 2021, and that said extension apply to the Chapter 7 Trustee and the Office of the U.S. Trustee.

|  |  |
|---|---|
|  | GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE |
| Dated: February 18, 2021 | By: /s/ George I. Roumeliotis<br>GEORGE I. ROUMELIOTIS, ESQ. (CT17532)<br>For ROUMELIOTIS LAW GROUP, P.C.<br>157 Church Street, 19th Floor<br>New Haven, CT 06510<br>Tel. (203) 580-3355<br>george@roumeliotislaw.com |
|  | Assented to: |
|  | BRIAN C. HURLEY |
| Dated: February 18, 2021 | By: /s/ Charleen E. Merced Agosto<br>CHARLEEN E. MERCED AGOSTO, ESQ.<br>For Pol, Merced & Associates, LLC<br>1057 Broad Street, Third Floor<br>Bridgeport, CT 06604<br>Tel. (203) 339-0050<br>cmerced@jpollaw.com |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7, No. 20-50962-JAM |
|  | ) |  |
| BRIAN C. HURLEY | ) |  |
|  | ) |  |
| Debtor | ) |  |

### ORDER EXTENDING DEADLINE FOR OBJECTING TO DEBTOR'S DISCHARGE

Upon the Assented to Motion of George I. Roumeliotis as Chapter 7 Trustee seeking to extend the deadline for objecting to the discharge of the Debtor, it is hereby

ORDERED, that the deadline for the Chapter 7 Trustee and the Office of the U.S. Trustee to object to the discharge of the Debtor is hereby extended to April 20, 2021.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| In re ) | Chapter 7, No. 20-50962-JAM |
| BRIAN C. HURLEY ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I, George I. Roumeliotis, Chapter 7 Trustee in the above-referenced case, of 157 Church Street, 19th Floor, New Haven, Connecticut, do hereby certify that on the 18th day of February, 2021, I served a copy of the Assented to Motion to Extend Time to Object to Debtor's Discharge and proposed Order, by first class mail, postage prepaid, to any of the below-listed parties that did not otherwise receive notice thereof through the Court's ECF system, unless otherwise noted:

Kari Mitchell, Esq.
Office of the U.S. Trustee
150 Court Street, Room 302
New Haven, CT  06510

Charleen E. Merced Agosto, Esq.
Pol, Merced & Associates, LLC
1057 Broad Street, Third Floor
Bridgeport, CT 06604
(Debtor's counsel)

Mr. Brian C. Hurley
120 Merwins Lane
Fairfield, CT 06824-1918

/s/ George I. Roumeliotis
GEORGE I. ROUMELIOTIS, ESQ.
(CT17532)
For ROUMELIOTIS LAW GROUP, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
Tel. (203) 580-3355
george@roumeliotislaw.com

1